UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAYSON DE LA CUESTA,<br><br>Plaintiff,<br>v.<br><br>J&J TIRES & WHEELS, LLC, et al,<br><br>Defendants. | Civil Action No.: 24-10689 (JXN/JRA)<br><br>**ORDER DISMISSING CASE**<br>**Pursuant to F.R. Civ. P.4(m)** |

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendants,

**It is on this 10th day of March 2025,**

**O R D E R E D** that the above captioned action be and is hereby dismissed pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____
JULIEN XAVIER NEALS
United States District Court